HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

JACOBS, ANDERSON, POTTER & CHAPLIN, LLP
DOUGLAS B. JACOBS (SBN 84153)
djacobs@jacobsanderson.com
20 Independence Circle
Chico, California 95928
Telephone: (530) 342-6144
Facsimile: (530) 342-6310

Attorneys for Plaintiff
Matson & Isom Technology Consulting

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSON & ISOM TECHNOLOGY CONSULTING, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DELL INC., a Delaware corporation, and DOES 1-25,<br><br>Defendants. | Case No. 2:08-cv-00683-MCE-EFB<br><br>**STIPULATION RE DEADLINES AND HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; ORDER**<br><br>Date: September 17, 2008<br>Time: 2:00 p.m.<br>The Honorable Morrison C. England |

Plaintiff Matson & Isom Technology Consulting ("MITC") and Defendant Dell Inc. ("Dell") have reached agreement concerning resolution of this dispute and are in the process of preparing formal settlement documents. Accordingly, the parties agree that all existing filing and service deadlines in this proceeding shall be stayed while they finalize the settlement documents, and that the hearing on MITC's motion for a preliminary injunction, currently set for September 17, shall be taken off calendar.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  MITC and Dell further stipulate that either party may re-notice that motion for hearing on October 17, or
2  as soon thereafter as the matter may be heard, if the parties are unable to reach agreement concerning the
3  terms of the formal settlement documents.

                                                                                                                                                                           Respectfully submitted,

HARVEY SISKIND LLP
D. PETER HARVEY
SETH I. APPEL

JACOBS, ANDERSON, POTTER & CHAPLIN, LLP
DOUGLAS B. JACOBS

Dated:  September 2, 2008         /s/
                                                       By:    D. Peter Harvey

Attorneys for Plaintiff
Matson & Isom Technology Consulting


PIRKEY BARBER LLP
STEPHEN P. MELEEN
SUSAN J. HIGHTOWER
WENDY LARSON

FARELLA BRAUN & MARTEL LLP
C. BRANDON WISOFF

Dated: September 2, 2008        /s/ Stephen P. Meleen (as authorized on Sept. 2, 2008)
                                               By:    Stephen P. Meleen

Attorneys for Defendant
Dell Inc.


     IT IS SO ORDERED.

DATED: September 4, 2008

                                                 MORRISON C. ENGLAND, JR
                                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com