| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. PETER HARVEY (SBN 55712) |
| 2 | pharvey@harveysiskind.com |
| 3 | SETH I. APPEL (SBN 233421) |
| | sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 6 | |
| 7 | JACOBS, ANDERSON, POTTER & CHAPLIN, LLP |
| | DOUGLAS B. JACOBS (SBN 84153) |
| 8 | djacobs@jacobsanderson.com |
| | 20 Independence Circle |
| 9 | Chico, California  95928 |
| | Telephone: (530) 342-6144 |
| 10 | Facsimile: (530) 342-6310 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | Matson & Isom Technology Consulting |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATSON & ISOM TECHNOLOGY CONSULTING, a California corporation, | Case No. 2:08-cv-00683-MCE-EFB |
| Plaintiff, | **STIPULATED DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS AND COUNTERCLAIMS** |
| v. | |
| DELL INC., a Delaware corporation, and DOES 1-25, | |
| Defendants. | |
| DELL INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| MATSON & ISOM TECHNOLOGY CONSULTING, a California corporation, | |
| Counterdefendant. | |

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff and Counterdefendant Matson & Isom Technology Consulting, and Defendant and
2  Counterclaimant Dell Inc., hereby dismiss with prejudice all claims and counterclaims in this action
3  pursuant to Rule 41 of the Federal Rules of Civil Procedure.
4  Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

HARVEY SISKIND LLP
D. PETER HARVEY
SETH I. APPEL

JACOBS, ANDERSON, POTTER & CHAPLIN, LLP
DOUGLAS B. JACOBS

Dated:                    By: _____
                                Seth I. Appel

Attorneys for Plaintiff and Counterdefendant
Matson & Isom Technology Consulting

PIRKEY BARBER LLP
STEPHEN P. MELEEN
SUSAN J. HIGHTOWER
WENDY LARSON

FARELLA BRAUN & MARTEL LLP
C. BRANDON WISOFF

Dated:                    By: _____
                                Stephen P. Meleen

Attorneys for Defendant and Counterclaimant
Dell Inc.

IT IS SO ORDERED.

DATED: September 23, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-